1  SNELL & WILMER L.L.P.
   Brian G. Arnold, Cal. Bar. No. 186007
2  barnold@swlaw.com
   Marjorie A. Witter, Cal. Bar No. 250061
3  mwitter@swlaw.com
   350 South Grand Avenue
4  Suite 2600
   Two California Plaza
5  Los Angeles, California  90071
   Telephone:  213.929.2500
6  Facsimile:   213.929.2525

7  Attorneys for Plaintiff
   CHILDREN ORAL CARE, LLC
8

9             UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                 SANTA ANA DIVISION

12

13 CHILDREN ORAL CARE, LLC,          Case No.

14            Plaintiff,              **COMPLAINT FOR PATENT INFRINGEMENT**

15       v.
                                      **DEMAND FOR JURY TRIAL**
16 UNITED EXCHANGE CORP.,

17            Defendant.

SNELL & WILMER
L.L.P.
LOS ANGELES

COMPLAINT

Plaintiff Children Oral Care, LLC ("Children Oral Care") brings this Complaint against Defendant United Exchange Corp. ("UEC") and states as follows:

## THE PARTIES & JURISDICTION

1. This is an action for patent infringement arising under the laws of the United States, 35 U.S.C. § 1 et seq., and more particularly, 35 U.S.C. §§ 271 and 281. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (Federal Question) and § 1338(a) (Patent).

2. Plaintiff Children Oral Care, LLC is a limited liability corporation organized under the laws of the State of Delaware and has its principal place of business at 6645 Caballero Boulevard, Buena Park, California 90620.

3. On information and belief, Defendant United Exchange Corporation is a California Corporation with its principal place of business at 17211 Valley View Avenue, Cerritos, California 90703

4. Upon information and belief, this Court has personal jurisdiction over UEC because UEC has transacted business and committed tortious acts within California by the acts complained of herein.

5. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and § 1400(b) because UEC resides within this district as residence is defined in 28 U.S.C. § 1391(c).

## THE PATENT-IN-SUIT

6. U.S. Patent No. 8,707,500 ("the '500 Patent") is entitled "Illuminated Flashing Toothbrush and Method of Use". The '500 Patent was duly and legally issued by the United States Patent and Trademark Office on April 29, 2014. A true and correct copy of the '500 Patent is attached as **Exhibit A** to this Complaint.

7. Children Oral Care is the assignee possessing all substantial right, title and interest in the '500 Patent. Accordingly, Children Oral Care has standing to sue for infringement of the '500 Patent.

8. Children Oral Care's affiliated company, Dr. Fresh, sells personal care products including toothbrushes, mouthwash, and other oral care products. Among Dr. Fresh's products are light-up timer toothbrushes for children. These brushes have a button that, when pressed, causes the brush to light up.

9. On information and belief, UEC is selling, offering for sale, manufacturing, and/or importing in this judicial district toothbrushes that light up when a button on the handle of the brush is pressed. On information and belief, UEC sells these toothbrushes to CVS, Rite Aid, Walgreens, Meijer, and others. On information and belief, UEC's accused toothbrushes are sold under private label in the United States at least as "Light-Up Stars Toothbrush For Kids" by CVS and "Children's Toothbrush and Floss" by Walgreens. True and correct photographs of exemplars of these brushes are attached hereto as **Exhibit B** and **Exhibit C**.

10. By letter dated July 9, 2014, Dr. Fresh notified UEC that its toothbrushes infringe the '500 Patent.

## Count I – Patent Infringement

11. Children Oral Care restates and incorporates by reference the allegations in paragraphs 1 through 10 of the Complaint as if fully set forth herein.

12. On information and belief, UEC, by itself, and through its parents, subsidiaries, affiliates and/or agents has been, and is, either literally or under the doctrine of equivalents, infringing the '500 Patent by manufacturing, importing, selling and/or offering to sell in the United States and in this judicial district toothbrushes that light up when a button on the handle is pressed, including the "Light-Up Stars Toothbrush for Kids" show in **Exhibit B** and the "Children's Toothbrush and Floss" shown in **Exhibit C**.

13. The toothbrushes shown in **Exhibit B** and **Exhibit C** have been and continue to be on-sale in this judicial district. These products infringe at least one claim of the '500 Patent. Unless enjoined by the Court, UEC will continue to infringe the '500 Patent.

14. On information and belief, at least as early as July 9, 2014, UEC has had knowledge of the '500 patent and has been, and is, inducing infringement of the '500 patent by others in this district, including CVS and Walgreens, by inducing others to offer to sell and sell toothbrushes that infringe the claims of the '500 Patent. On information and belief, UEC has specific intent to induce this infringement, because UEC provides the accused toothbrushes to others with the intent that those others sell the accused toothbrushes under private label. UEC received notice of the '500 Patent at least through the July 9, 2014 letter and, on information and belief, knew or should have known from that letter that the accused toothbrushes infringe at least Claim 13 of the '500 Patent.

15. By reason of UEC's infringement, Children Oral Care has suffered and is suffering damages, including impairment of the value of the '500 Patent, in an amount yet to be determined.

16. UEC's acts of infringement are causing irreparable harm to Children Oral Care and will continue to cause irreparable harm unless enjoined by this Court.

17. Upon information and belief, UEC's infringement of the '500 patent has been willful and deliberate, rendering this case "exceptional" within the meaning of 35 U.S.C. § 285.

18. UEC has been notified of the infringement of the '500 Patent, and Children Oral Care is entitled to damages pursuant to 35 U.S.C. §287(a) with respect to the '500 Patent.

## PRAYER FOR RELIEF

WHEREFORE, Children Oral Care prays for:

A. Judgment that UEC has infringed U.S. Patent No. 8,707,500;

B. Judgment that UEC's acts of patent infringement are willful;

C. An award of damages for infringement of U.S. Patent No. 8,707,500 in an amount to be determined at trial;

C. An award of treble damages because of UEC's willful infringement of

1  the '500 Patent, in accordance with 35 U.S.C. § 285;

2      D.    An assessment of pre-judgment and post-judgment interest and costs

3  against UEC, together with an award of such interests and costs, all in accordance

4  with 35 U.S.C. § 284;

5      E.    A permanent injunction prohibiting UEC and its officers, agents,

6  servants, employees, and attorneys, and those persons in active concert or

7  participation with them, from further infringement of U.S. Patent No. 8,707,500;

8      F.    Judgment that this is an exceptional case under 35 U.S.C. § 285 and

9  awarding Children Oral Care its reasonable attorneys' fees;

10      G.    Costs of suit; and

11      H.    Such other relief as the Court deems just and proper.

Dated:    July 16, 2014    SNELL & WILMER L.L.P.

By:/s/ *Brian G. Arnold*
    Brian G. Arnold
    Marjorie A. Witter

Attorneys for Plaintiff
CHILDREN ORAL CARE, LLC

## DEMAND FOR JURY TRIAL

Children Oral Care demands trial by jury of all issues triable by a jury.

Dated: July 16, 2014      SNELL & WILMER L.L.P.

By:/s/ *Brian G. Arnold*
    Brian G. Arnold
    Marjorie A. Witter

Attorneys for Plaintiff
CHILDREN ORAL CARE, LLC